# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONA SABAGH,  )
        Plaintiff,  )  Case No. 2:11-CV-1292-KJD-(RJJ)
        v.  )
STATION CASINOS, INC.;  )
*et. al.*,  )
        Defendants.  )
_____)

## STIPULATION OF DISMISSAL

The parties wish to advise the Court that they have reached an amicable resolution of the issues presented in this case thereby obviating the need for further litigation. In light of the foregoing, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss the above-captioned matter (with prejudice). A proposed Order is attached herewith.

                                              Respectfully submitted,

/s/ *Lawrence J. Semenza*                  /s/ *Paul S. Padda*
_____         _____
Lawrence J. Semenza, Esq.                   Ruth L. Cohen, Esq.
SEMENZA & SEMENZA, LLP                 Paul S. Padda, Esq.
3025 East Post Road                             COHEN & PADDA, LLP
Las Vegas, Nevada 89120                   4240 West Flamingo Road, #220
Tele: (702) 369-6999                             Las Vegas, Nevada 89103
                                              Tele: (702) 366-1888
/s/ *John E. Fitzsimmons*
_____         Attorneys for Mona Sabagh
John E. Fitzsimmons, Esq.
DLA PIPER, LLP                                  Dated: March 26, 2012
401 B Street, Suite 1700
San Diego, California 92101
Tele: (619) 699-2972

Attorneys for Defendants

Dated: March 26, 2012

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**MONA SABAGH,**

        Plaintiff,

v.

**STATION CASINOS, INC.;** *et. al.*,

        Defendants.

Case No. 2:11-CV-1292-KJD-(RJJ)

## Order

Pursuant to a stipulation dated March 26, 2012, the parties to the above-captioned action request dismissal (with prejudice) of this case upon the grounds that they have reached an amicable resolution of the issues obviating the need for further litigation. In support of their request, the parties cite Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having reviewed the parties' stipulation, it is hereby ordered that the stipulation is approved. This case is hereby dismissed (with prejudice).

                                        _____
                                        United States District Judge

                                        March 27, 2012